ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

**FILED**

AUG - 8 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
NOE AYALA ) Case No. 05-54057 ASW
)
MARIA ELENA AYALA ) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtors )
)
_____ )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2495263 for an unclaimed dividend in the amount of $1.76. The name and address of the claimant entitled to the unclaimed dividend is as follows;

NOE AYALA
MARIA ELENA AYALA
280 PONDEROSA AVE
WATSONVILLE, CA 95076

Dated: August 02, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE